AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Latonia Jenkins, et al.

**SUMMONS IN A CIVIL CASE**

V.

Gov't of District of Columbia, et al.

Case: 1:07-cv-01283
Assigned To : Roberts, Richard W.
Assign. Date : 7/18/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The Chancellor, Michelle Rhee
District of Columbia Public Schools
825 North Capitol Street, NE
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        JUL 1 8 2007

CLERK                          DATE

_____
(By) DEPUTY CLERK

Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | NOV 16, 2007 |
| NAME OF SERVER (PRINT) ADRIAN K BEAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __441 4th S.T N.W__
__STE 600   WDC 20001__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __TUNIA ROBINSON__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11-16-07__
        Date

*Signature of Server*

__230 NEWLAND S.T S.G__
*Address of Server*  __WDC 2032__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.