AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Latonia Jenkins, et al.

**SUMMONS IN A CIVIL CASE**

V.

Gov't of District of Columbia, et al.

Case: 1:07-cv-01283
Assigned To : Roberts, Richard W.
Assign. Date : 7/18/2007
Description: Admn. Agency Review

[Stamp: SECRETARY OF D.C. 2007 NOV 16 P 2:10]

TO: (Name and address of Defendant)

Gov͏T. of DC
SERVE: Mayor Adrian Fenty
Office of the Secretary
Attn: Gladys Herring or Designee
1350 Pennsylvania Avenue, Ste. 419
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jude C. Iweanoge, Esq.
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        JUL 18 2007
CLERK                          DATE

_(signature)_
(By) DEPUTY CLERK

Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | NOV 16, 2007 |
| NAME OF SERVER (PRINT)<br>ADRIAN K BEAN | TITLE<br>INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1350 PENN AVE N.W
   STE 409  WDL  20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ARLETHIA THOMPSON

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-16-07
              Date           Signature of Server

Address of Server: 230 NEWLAND S.T S.G
                   WDL 20032

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.