UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Latonia Jenkins, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>District of Columbia, et al.,<br><br>Defendants. | Civil Action No. 07-1283 (RWR) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to January 4, 2008 – to respond to the Complaint herein.

This action involves Plaintiffs' appeal of a hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA"). Currently, the Defendants are working on addressing the allegations in the Complaint and the possibility of settling the claims herein. Thus, the Defendants respectfully request that this Court enlarge the time to file their response to the Complaint before embarking on the preparation and filing of pleadings that may not ultimately be necessary.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

November 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Latonia Jenkins, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>District of Columbia, et al.,<br><br>　　Defendants. | Civil Action No. 07-1283 (RWR) |

## MEMORANDUM OF POINTS AND AUTHORITIES

In support of Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, the Defendants herein submit and rely upon the following authorities:

1. Rule 6(b)(1), Federal Rules of Civil Procedure.
2. Consent of the parties.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　　　Attorney General
　for the District of Columbia

　　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　*/s/ Edward P. Taptich*
　　　　　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [#012914]
　　　　　　　　　　　　　　　　　　　　Chief, Equity Section II

　　　　　　　　　　　　　　　　　　　　*/s/ Amy Caspari*
　　　　　　　　　　　　　　　　　　　　AMY CASPARI [#488968]
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Sixth Floor South
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
November 30, 2007　　　　　　　　　　　(202) 724-7794

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Latonia Jenkins, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**District of Columbia, et al.,**<br><br>　　Defendants. | Civil Action No. 07-1283 (RWR) |

### ORDER

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed November 30, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of _____ 2007,

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including January 4, 2008.

_____
United States District Court Judge