**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Latonia Jenkins, et al.,** ) |  |
| ) |  |
| Plaintiffs, ) |  |
| v. ) | Civil Action No. 07-1283 (RWR) |
| ) |  |
| **District of Columbia, et al.,** ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

**DEFENDANTS' RULE 16.3 REPORT**

Defendants, through counsel and pursuant to LCvR 16, herein file their Rule 16.3 Report. While the undersigned counsel has contacted counsel for the Plaintiffs on two occasions to discuss the need to meet and confer in this case, and to prepare a report pursuant to Rule 16, Plaintiff's Counsel has not been responsive. Thus, Defendants submit the following on their own behalf:

   I.   Statement of the case

This action involves Plaintiffs' appeal of an April 20, 2007, hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA"), alleging that DCPS failed to properly evaluate and place this student. Plaintiff further alleges that compensatory education is owed because of those alleged failures.

   II.   Matters Pursuant to Local Rule 16.3(c)

   1.   Based on the information available, the Defendants believe that this case can be decided by dispositive motion.

2. The Defendants do not anticipate the need for joining parties or amending the pleadings. At this time, the Defendants do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The Defendants do not believe that this matter should be assigned to a magistrate judge.

4. The Defendants are prepared to discuss settlement, but do not believe that a settlement is possible at this time.

5. The Defendants do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the Defendants propose the following schedule:

   a. Defendants will file the administrative record no later than March 14, 2008.

   b. The Plaintiffs will file their Motion for Summary Judgment on or before March 28, 2008.

   c. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before April 18, 2008.

   d. The Plaintiffs will file their Opposition and Reply on or before April 30, 2008.

   e. Defendants will file their Reply on or before May 16, 2008.

7. The Defendants stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The Defendants do not believe that discovery will be necessary.

9. The Defendants do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The Defendants are not aware of any other matters that require inclusion in a scheduling order.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Amy Caspari*
    AMY CASPARI [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001

January 30, 2008    (202) 724-7794