# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LATONIA JENKINS, <u>et al.</u>,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, <u>et al.</u>

    Defendants

Civil Action No. 07-1736 (RWR)

## NOTICE OF APPEARANCE

The Clerk of the Court will please notice the appearance of Maria L. Merkowitz, Senior Assistant Attorney General, in the above captioned matter.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Maria L. Merkowitz*
    MARIA L. MERKOWITZ [312968]
    Senior Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9842
    FAX – (202) – 727-3625
    Maria.merkowitz@dc.gov

February 25, 2008