UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. J. a minor, by his mother and next friend LATONIA JENKINS, et al.,   )<br><br>        Plaintiffs,           )<br>    v.<br>District of Columbia, *et al.,*        )<br><br>        Defendants.         ) | Civil Action No. 07-1283 (RWR) |

## JOINT RULE 16.3 REPORT

COME NOW the parties, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail and telephonic conference, and consistent with said conferences, the parties respectfully submit the following:

I.  **Statement of the case**

The Plaintiffs are seeking reversal of an April 20, 2007, Hearing Officer's Determination. The Defendants dispute the allegations contained in the Complaint.

II. **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendants will file the administrative record on May 7, 2008.

   b. The Plaintiffs will file their Motion for Summary Judgment on or before June 24, 2008.

   c. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before August 6, 2008.

   d. The Plaintiffs will file their Opposition and Reply on or before August 27, 2008.

   e. The Defendants will file their Reply on or before September 17, 2008.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity Section 2

    /s/ Maria Merkowitz
    MARIA MERKOWITZ, [312967]
    Assistant Attorney General
    Equity Division
    441 4th Street, N.W., 6S
    Washington, D.C. 20001
    (202)442-9842
    Fax – (202) 727-3625
    Email–maria.merkowitz@dc.gov
    Attorneys for defendants

_/s/ Fatmata Barrie_____

Fatmata Barrie, Bar #485122
LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
10 R Street, N.E.
Washington, D.C. 20002
Phone: (202) 626-0040
Fax: (202) 626-0048
fbarrie@verizon.net

April 1, 2008