UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATONIA JENKINS, parent and next friend of J.J., a minor, </br></br>  Plaintiffs, </br></br>  v. </br></br> DISTRICT OF COLUMBIA, *et al.*, </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-1283 (RWR) </br> ) </br> ) </br> ) </br> ) |

The Clerk of the Court will please enter the appearance of Assistant Attorney General Juliane T. DeMarco on behalf of the Defendant District of Columbia in the above-captioned case.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Juliane T. DeMarco**
Juliane T. DeMarco
Assistant Attorney General
Bar Number 490872
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)
E-mail: Juliane.DeMarco@dc.gov

May 22, 2008