UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATONIA JENKINS, et al *<br>*<br>Plaintiff *<br>*   Civil Action No. 07-1283 (RWR)<br>v. *<br>*<br>DISTRICT OF COLUMBIA, et al *<br>*<br>Defendants * | |

### CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff by and through its undersigned counsel respectfully requests that the Court grant their motion for modification of scheduling order. In support thereof, the Plaintiff states as follows:

1. That on or about August 13, 2008, Plaintiff's counsel was diagnosed with a concussion due to a fall.

2. That on or about June 23, 2008 Plaintiff's counsel spoke to Defendant's counsel and it was agreed the Plaintiff will file a consent motion for modification of scheduling order.

3. That Defendant consented to the modification of the scheduling order.

4. That this Honorable Court modify the scheduling order as indicated below:

Plaintiff's dispositive motion          July 8, 2008
Defendant's response and cross motion   August 20, 2008
Plaintiff's reply and response          September 10, 2008
Defendant's reply                       October 1, 2008

5. That due to the nature of the case, a child in need of appropriate educational services, it would be prejudicial to the plaintiff if the motion is denied.

1

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the motion for modification of the scheduling order.

        Respectfully Submitted,

        Law Offices of Christopher N. Anwah,

        _____/s/*Fatmata Barrie*/s/_____
        Fatmata Barrie (DC Bar #485122)
        LAW OFFICES OF CHRISTOPHER ANWAH
        10 R Street, NE
        Washington, DC  20002
        Phone: (202) 626-0040
        Fax: (202) 626-0048
        Email: fbarrie@verizon.net
        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATONIA JENKINS, et al** * | |
| * | |
| **Plaintiff** * | |
| * | Civil Action No. 07-1283 (RWR) |
| **v.** * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| * | |
| **Defendants** * | |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR MODIFICATION OF THE SCHEDULING ORDER**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

                                                 Respectfully Submitted,
                                                 Law Offices of Christopher N. Anwah

                                                 _____/s/*Fatmata Barrie*/s/_____

Fatmata Barrie (DCB#485122)
LAW OFFICES OF CHRISTOPHER N. ANWAH
10 R Street, NE
Washington, DC  20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LATONIA JENKINS, et al** * | |
|     Plaintiffs * | |
| * | |
| v.  * | **Civil Action No. 07-1283 (RWR)** |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
|     **Defendants(s)** * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**UPON CONSIDERATION** of the Plaintiff's Motion for Modification of the Scheduling Order, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**

_____
                     JUDGE